# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMIR OKANOVIC and ASMINA OKANOVIC,** : **Plaintiffs** : v. : **ROBERT HAYES and USA TRUCK INC.,** : **Defendants** : | **CIVIL ACTION NO. 1:18-CV-957**  (Chief Judge Conner) |

## ORDER

AND NOW, this 4th day of November, 2019, upon consideration of defendants' motions (Docs. 19-22) *in limine*, and in accordance with the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 19) *in limine* is GRANTED in part and DENIED in part. Plaintiffs are precluded from discussing or referencing their pre-immigration hardships, but are permitted to proffer foundational evidence regarding their immigration status as well as Amir Okanovic's education, employment, and business history.

2. Defendants' motion (Doc. 20) *in limine* is DENIED.

3. Defendants' motion (Doc. 21) *in limine* is DENIED.

4. Defendants' motion (Doc. 22) *in limine* is GRANTED in part and DENIED in part. Dr. Nobilini shall limit any expert testimony and related evidence to general causation and is precluded from discussing specific causation of plaintiff Amir Okanovic's injuries.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania